UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

UNITED STATES OF AMERICA )
) Docket No: 1:18-mj-60    2018 FEB -2 P 12: 11
)
MELISSA B. OUELLETTE ) Initial Appearance: February 5, 2017
)                                CLERK US DISTRICT COURT
                                 ALEX. VIRGINIA

CRIMINAL INFORMATION

Misdemeanor 6933233

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 21, 2017, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MELISSA B. OUELLETTE, did unlawfully, knowingly, and willfully steal, purloin or knowingly convert to her use or the use of another, property of the United States and any department or agency thereof, specifically: four (4) cosmetic items, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand ($1,000) Dollars.

(In violation of Title 18, United States Code, Section 641.)

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Bridget Karns
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)299-3776
Fax (703) 805-1042
bridget.karns@usdoj.gov

Fort Belvoir, VA

Date February / , 2018

CERTIFICATE OF SERVICE

I hereby certify that on February 1 , 2018, I mailed a true and accurate copy of the Criminal Information herein filed to Melissa B. Ouellette, 1966 Dorset Drive, Ft.Collins, Colorado 80526.

*signature*
Karen L. Shaner
Administrative Assistant
Fort Belvoir, VA 22060-5186